■ PEDRO J. ESPINOZA, Appellant, v CITY OF NEW YORK et al., Respondents.—In an action to recover damages, *inter alia,* for false arrest, the plaintiff appeals from an order of the Supreme Court, Kings County (Garry, J.), dated December 7, 1988, which denied his motion for summary judgment.

Ordered that the order is affirmed, with costs.

We find, as did the Supreme Court, that the existence of triable issues of fact precludes an award of summary judgment in the plaintiff's favor. Mangano, J. P., Lawrence, Kunzeman and Eiber, JJ., concur.